# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VICTOR M. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE NO. |
| v. ) | 1:14-CV-365-WBH -LTW |
| ) | |
| BOARD OF REGENTS OF THE ) | |
| UNIVERSITY SYSTEM OF ) | |
| GEORGIA; FORT VALLEY ) | |
| STATE UNIVERSITY; et al., ) | |
| ) | |
| Defendants. ) | |

## DISCOVERY CERTIFICATE OF SERVICE

Pursuant to Rule 26.3 of the local rules of this Court, the undersigned counsel for Defendant Board of Regents of the University System of Georgia hereby certifies that on September 4th, 2014 he served a true and correct copy of the following:

> **Defendant Board of Regents of the University System of Georgia's Responses and Objections to "Plaintiff's Notice of 30(b)(6) Deposition of Board of Regents of the University System of Georgia, et al."**

by sending copies via UPS to the Plaintiff's attorneys properly addressed as follows:

>Regina Molden, Esq.
>Molden & Holley, LLC
>233 Peachtree Street, NE, Suite 1245
>Peachtree Center – Harris Tower
>Atlanta, Georgia  30303

Respectfully submitted this 4th day of September, 2014.

>*s/Christopher A. McGraw*
>CHRISTOPHER A. MCGRAW  493177
>Senior Assistant Attorney General
>
>Attorney for Defendant

Please address all
Communications to:

CHRISTOPHER A. MCGRAW
Senior Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, Georgia 30334-1300
Telephone:  (404) 656-3350
Facsimile:   (404) 657-9932
E-mail: cmcgraw@law.ga.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **VICTOR M. BROWN,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | **CIVIL ACTION FILE NO.** |
| **v.** ) | **1:14-CV-365-WBH-LTW** |
| ) | |
| **BOARD OF REGENTS OF THE** ) | |
| **UNIVERSITY SYSTEM OF** ) | |
| **GEORGIA; FORT VALLEY** ) | |
| **STATE UNIVERSITY; et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4th, 2014, I electronically filed the foregoing **DISCOVERY CERTIFICATE OF SERVICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Regina Molden, Esq.
>Molden & Holley, LLC
>233 Peachtree Street, NW, Suite 1245
>Peachtree Center – Harris Tower
>Atlanta, Georgia  30303
>rmolden@moldenholley.com

>>>>*s/Christopher A. McGraw*
>>>>Georgia Bar No. 493177