UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| VICTOR M. BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>BOARD OF REGENTS OF THE<br>UNIVERSITY SYSTEMS OF GEORGIA,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-365-LMM |

## AMENDED JUDGMENT

This action having come before the Court, Honorable Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation as to Defendant's Motion for Summary Judgment, and the Court having adopted said recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover their costs of this action, and the action be, and the same hereby, is **dismissed**. Plaintiff's federal law claims are **dismissed with prejudice** and his state law claims are **dismissed without prejudice.**

Dated at Atlanta, Georgia, this 2nd day of March, 2016.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT


                                        By: *s/Denise D.M. McGoldrick*
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  March 2, 2016
James N. Hatten
Clerk of Court

By: *s/Denise D.M. McGoldrick*
      Deputy Clerk